930

No. 889. CARPENTER ET AL. *v.* GLOCK ET AL. C. A. 6th Cir. Certiorari denied. *Thomas D. Shumate* and *M. A. Rowady* for petitioners. *Troy D. Savage* for respondents.

No. 900. GOODMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 901. TAXIN ET AL. *v.* FOOD FAIR STORES, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Lester J. Schaffer* for petitioners. *Aaron M. Fine* and *Harold E. Kohn* for respondents.

No. 895. COLE *v.* DOOR COUNTY MEMORIAL HOSPITAL. Court of Appeals of Ohio, Eighth Appellate District. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACK are of the opinion that certiorari should be granted. *Lucian Y. Ray* for petitioner. *Lex Kintner* for respondent.

No. 933, Misc. BRABSON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 934, Misc. SMYLY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 850, Misc. SMART *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.